AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

HUB ADVANCED NETWORKS, LLC,

*Plaintiff(s)*

v.

OCEAN DRIVE LOGISTICS, LLC

*Defendant(s)*

Civil Action No. 26-1679-PAD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ocean Drive Logistics, LLC, through its resident agent Rafael A. González Valiente, whose address is 1806 McLeary, Suite 1B, San Juan, Puerto Rico 00911.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

IVAN J. LLADO RODRIGUEZ, MORELL CARTAGENA & DAPENA, LLC, PO BOX 13399, SAN JUAN, PR 00908; TEL. 787-723-1233; FAX. 787-723-8763 ivan.llado@mbcdlaw.com.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Digitally signed by Rafael Martínez-Noble
Date: 2026.10.23 10:32:00 -04'00'

Date: 10/23/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-1679-PAD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: